**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
Jeffrey.Winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for BRIGGS MANAGEMENT LLC
and BRIGGS MANAGEMENT, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIGGS MANAGEMENT LLC d/b/a and a/k/a Fat Tuesday; and BRIGGS MANAGEMENT, INC, d/b/a and a/k/a Fat Tuesday., *et. al.*<br><br>　　　　Defendants. | Case No.<br><br>**PETITION FOR REMOVAL** |

Defendants, Briggs Management LLC d/b/a and a/k/a Fat Tuesday and Briggs Management, Inc. d/b/a and a/k/a Fat Tuesday (collectively the "Briggs Entities"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, remove the action filed by Plaintiff Jessica Martinez-Arriaga ("Plaintiff") in Clark County District Court, Case No. A-23-869947-C (the "State Court Action") to this Court, as follows:

　　　　1.　　On May 1, 2023, Plaintiff filed the State Court Action against the Briggs Entities, which are diverse defendants, and against the following nondiverse parties: Fat Tuesday – Neonopolis, LLC; Fat Tuesday Grand Bazaar, LLC; Fat Tuesday Project 63 LLC; and Fat Tuesday Resorts World LLC, (collectively, the "Non-Diverse Defendants"). Plaintiff timely served the Briggs Entities and the Non-Diverse Defendants on May 3, 4, and 11, respectively. (True and correct copies of all pleadings and documents filed and served in the State Court Action are attached as

131785205.1

Composite Exhibit 1.)

2. Although Plaintiff does not specify the citizenship of the parties, there is no dispute that she and Briggs are diverse. (*See* Complaint, part of Composite Exh. 1, at ¶¶ 1-3.) Indeed, Plaintiff, a resident of Nevada, is a citizen of Nevada. (*See id.* ¶ 1.) The Briggs Entities, each of which is a "foreign limited liability company" (*id.* ¶¶ 2-3), are incorporated and have their respective principal places of business in Louisiana. (*See* Secretary of State records, attached as Composite Exhibit 2.) Therefore, the diversity requirement of 28 U.S.C. § 1332 is satisfied. *See, generally, Wright v. Continental Cas. Co.*, 456 F. Supp. 1075, 1077 (M.D. Fla. 1978) (declining to adopt facial allegations in the complaint as the exclusive means to determine diversity of citizenship); *Woolard v. Heyer Schulte*, 791 F. Supp. 294, 295 (S.D. Fla. 1992) (defendant seeking to remove case to federal court may supply elements required to establish diversity jurisdiction in removal papers).

3. There is also no dispute that the amount in controversy exceeds $75,000.00, exclusive of interest and costs the amount in controversy requirement under 28 U.S.C. § 1332(a) is satisfied. In her Complaint, Plaintiff alleges, among other things, that Briggs wrongfully terminated her employment on October 31, 2021. (*See* Complaint, part of Composite Exh. 1, at ¶¶ 22-23, 44-46.) In her Initial Disclosures served under Fed. R. Civ. P. 26, Plaintiff claimed that, as of September 16, 2022, Briggs had damaged her in the amount of $238,696.00. (*See* Attachment to Initial Disclosures, Exh. 3, at PLTF000030.) Thus, the amount in controversy requirement of 28 U.S.C. § 1332 is satisfied.

4. Finally, removal is timely under 28 U.S.C. § 1446(b)(3). The State Court Action initially was not removable due to the presence of the Non-Diverse Defendants, each a "domestic limited liability company." (*See* Compl. ¶¶ 4-7.) The action became removable on October 30, 2023, when the district court dismissed the Non-Diverse Defendants from the State Court Action. (*See* Order of Dismissal, part of Composite Exh. 1.) Because Briggs filed this Notice within 30 days of the Order of Dismissal, removal is timely.

5. Pursuant to 28 U.S.C. §1446(d), Briggs will serve contemporaneous, written notice of the filing of this Notice of Removal on Plaintiff and the Clerk of the Clark County District Court.

WHEREFORE, Defendants, Briggs Management LLC d/b/a and a/k/a Fat Tuesday and

1  Briggs Management, Inc. d/b/a and a/k/a Fat Tuesday, pray that the Clark County District Court
2  proceed no further with Case No. A-23-869947-C; that said action be removed from the Clark
3  County District Court to the United States District Court for Nevada; and that this Court issue such
4  orders and process as are necessary to preserve its jurisdiction over this matter.

5  DATED this 9th day of November, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ *Jeffrey D. Winchester*
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for DEFENDANTS BRIGGS MANAGEMENT LLC and BRIGGS MANAGEMENT, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2023, a true and correct copy of the foregoing **PETITION FOR REMOVAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

| | |
|---|---|
| RAFII & ASSOCIATES, P.C.<br>Jason Kuller, Esq. (Nevada Bar No. 12244)<br>Jason@rafiilaw.com<br>3753 Howard Hughes Pkwy, Unit 200<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff* | Telephone: 725.245.6056<br>Facsimile: 725.220.1802 |

By  /s/ *Billi Montijo*
   An Employee of
   LEWIS BRISBOIS BISGAARD & SMITH LLP