# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA,<br>    Plaintiff,<br>v.<br>BRIGGS MANAGEMENT, LLC, *et al.*,<br>    Defendants. | Case No. 2:23-cv-01845-NJK-DJA<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff and Defendants' certificates of interested parties fails to identify the citizenship attributed to any party. *See* Docket Nos. 3, 5.

Accordingly, Plaintiff and Defendants must file amended certificates of interested parties by November 22, 2023, fully identifying the citizenship attributed to them.

IT IS SO ORDERED.

Dated: November 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1