1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JEFFREY D. WINCHESTER
2  Nevada Bar No. 10279
   Jeffrey.Winchester@lewisbrisbois.com
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.893.3383
   Facsimile: 702.893.3789
5
   Attorneys for BRIGGS MANAGEMENT LLC
6  and BRIGGS MANAGEMENT, INC.

7
                         **UNITED STATES DISTRICT COURT**
8
                              **DISTRICT OF NEVADA**
9
                                       ***

10
   JESSICA MARTINEZ-ARRIAGA,            Case No.:  2:23-cv-01845-~~NJK-DJA~~ JAD-NJK
11
              Plaintiff,
12                                      **Stipulation To Extend Dispositive**
         vs.                            **Motion Deadlines (First Request)**
13
   BRIGGS MANAGEMENT LLC d/b/a and
14 a/k/a Fat Tuesday; and BRIGGS
   MANAGEMENT, INC, d/b/a and a/k/a Fat
15 Tuesday., *et. al.*

16            Defendants.

17

18     Defendants BRIGGS MANAGEMENT INC. AND BRIGGS MANAGEMENT LLC,

19 ("Defendants") by and through their counsel of record, the law firm of LEWIS BRISBOIS

20 BISGAARD & SMITH LLP; Plaintiff, JESSICA MARTINEZ-ARRIAGA, by and through her

21 counsel of record, RAFII & ASSOCIATES, P.C., submit the following Stipulation to Extend

22 Dispositive Motion Deadlines:

23     **1.     STATUS OF ACTION**

24     On November 9, 2023, Defendants removed this matter from State Court to United States

25 District Court, District of Nevada.  Defendants' Statement Regarding Removal was filed on

26 November 29, 2023.  The Parties' Rule 26(f) Conference was held on December 5, 2023. The

27 Parties' Joint Discovery Plan and Scheduling Order (the "Scheduling Order") [ECF. No. 24] was

28

140072656.1

filed on December 27, 2023. An Early Neutral Evaluation was held on February 15, 2024. [ECF No. 36]. The case did not settle.

Per the Scheduling Order, the cutoff for discovery was May 7, 2024. Discovery is now complete. Also per the Scheduling Order, dispositive motions are due to be filed by June 6, 2024.

**2.    STIPULATION TO REASONABLY EXTEND DISPOSITIVE MOTION DEADLINES**

The Parties conducted six depositions just prior to the discovery cutoff, and are awaiting transcripts. In addition to the press of other business, counsel for both Parties have long-standing personal family commitments during the months of May and June, including but not limited to family gatherings and the graduation from college of the daughter of one of Plaintiff's counsel. Counsel for the Parties have met and conferred on this topic and have agreed that, to best serve the interests of the Parties and this Court, and to make the upcoming summary judgment motion practice more efficient for both this Court and the Parties, the best remedy at this time is to reasonably extend the dispositive motion deadline for both Parties.

This Stipulation is filed in excess of twenty-one (21) days prior to the current dispositive motion deadline, as required by Paragraph 7 of the Scheduling Order. This Stipulation is not filed for the purpose of undue delay, and the Parties will not be prejudiced by the stipulated extension of time.

WHEREFORE, the Parties respectfully request that this Court extend the time for the parties to file their dispositive motions by thirty (30) days from the current deadline of June 6, 2024 up to and including July 8, 2024 (July 6 falls on a Saturday), and to extend the deadline for filing the pretrial order by thirty (30) days, from July 8, 2024 to and including August 7, 2024. Per the Scheduling Order, in the event one or both parties file a dispositive motion, "the joint pretrial order shall be suspended until thirty (3) days after the decision of the dispositive motions or until further order of the Court."

IT IS SO ORDERED.
Dated:  May 14, 2024

.
.  _____
Nancy J. Koppe
United States Magistrate Judge

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

DATED this 13th day of May, 2024.                         DATED this 13th day of May, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP          RAFII & ASSOCIATES, P.C.

/s/      *Jeffrey D. Winchester*                                    */s/ Jason Kuller*
JEFFREY D. WINCHESTER                                      Jason Kuller, Esq.
Nevada Bar No. 10279                                             Nevada Bar No. 12244
6385 S. Rainbow Boulevard, Suite 600                    3753 Howard Hughes Pkwy, Unit 200
Las Vegas, Nevada 89118                                        Las Vegas, Nevada 89169
Tel. 702.893.3383

Attorneys for DEFENDANTS BRIGGS                      Attorneys for PLAINTIFF
MANAGEMENT LLC and BRIGGS                          JESSICA MARTINEZ-ARRIAGA
MANAGEMENT, INC.

140072656.1                                         3