Jason Kuller, Nevada Bar No. 12244
Robert Montes, Jr., California Bar No. 159137
Admitted Pro Hac Vice
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA, an individual,<br><br>Plaintiff,<br>v.<br><br>BRIGGS MANAGEMENT LLC, d/b/a and a/k/a Fat Tuesday; BRIGGS MANAGEMENT, INC., d/b/a and a/k/a Fat Tuesday; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01845-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 40 |

Plaintiff, JESSICA MARTINEZ-ARRIAGA, by and through her counsel of record, RAFII & ASSOCIATES, P.C., and Defendants BRIGGS MANAGEMENT INC. AND BRIGGS MANAGEMENT LLC, ("Defendants") by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, submit the following Stipulation to Extend Time for Plaintiff to file her Opposition to Defendants' Motion for Summary Judgment:

**1.    STATUS OF ACTION**

On November 9, 2023, Defendants removed this matter from State Court to United States District Court, District of Nevada.   Defendants' Statement Regarding Removal was filed on November 29, 2023.   The Parties' Rule 26(f) Conference was held on December 5, 2023. The Parties' Joint Discovery Plan and Scheduling Order (the "Scheduling Order") [ECF. No. 24] was filed on

December 27, 2023. An Early Neutral Evaluation was held on February 15, 2024. [ECF No. 36]. The case did not settle.

Per the Scheduling Order, the cutoff for discovery was May 7, 2024. Discovery is now complete. Also, per the Scheduling Order, dispositive motions were due to be filed by June 6, 2024. On May 13, 2024, Defendants and Plaintiff entered into a Stipulation to Extent the Time to File Dispositive Motions and Related Dates. [ECF No. 37]. The Court entered the Parties Stipulation and Ordered as such on May 14, 2024. [ECF No. 38].

**2.    STIPULATION TO EXTEND OPPOSITION TO DEFENDATNTS' MOTION**

Plaintiff received Defendants' Motion for Summary Judgment on July 8, 2024. [ECF No. 39]. On July 9, 2024, Plaintiff's Counsel (Robert Montes, Jr.), corresponded with Defendants' counsel regarding a week's extension. Plaintiff's counsel requires and additional week in which to respond to Defendants' Motion and will be on a family vacation the week of July 22, 2024. Given the extent and number of exhibits, and facts that are to be disputed Plaintiff's counsel will require the additional time in which to respond.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties respectfully request that this Court extend the time for Plaintiff to file her Opposition to Defendants' Motion from July 29, 2024, to August 5, 2024.

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

**DATED this 19th day of July, 2024.**   **DATED this 19th day of July, 2024.**

LEWIS BRISBOIS BISGAARD & SMITH LLP    RAFII & ASSOCIATES, P.C.

/s/*Jeffrey D. Winchester*    */s/ Robert Montes*
JEFFREY D. WINCHESTER    ROBERT MONTES, JR.
Nevada Bar No. 10279    California Bar No. 159137
6385 S. Rainbow Boulevard, Suite 600    1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89118    Las Vegas, Nevada 89144
Tel. 702.893.3383

Attorneys for DEFENDANTS BRIGGS    Attorneys for PLAINTIFF
MANAGEMENT LLC and BRIGGS    JESSICA MARTINEZ-ARRIAGA
MANAGEMENT, INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 7/24/24 _____

---

3
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION**