JASON KULLER
Nevada Bar No. 12244
ROBERT MONTES, JR. (*Pro Hac Vice)*
California Bar No. 159137
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
Email: robert@rafiilaw.com
*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA, an individual,<br><br>Plaintiff,<br>v.<br><br>BRIGGS MANAGEMENT LLC, d/b/a and a/k/a Fat Tuesday; BRIGGS MANAGEMENT, INC., d/b/a and a/k/a Fat Tuesday; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01845-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff, JESSICA MARTINEZ-ARRIAGA, by and through her counsel of record, RAFII & ASSOCIATES, P.C., and Defendants BRIGGS MANAGEMENT INC. AND BRIGGS MANAGEMENT LLC, ("Defendants") by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, submit the following Stipulation to Extend Time for Plaintiff to file her Opposition to Defendants' Motion for Summary Judgment:

1. The Parties previously stipulated to an extension of one week for Plaintiff to respond to Defendants' Motion for Summary Judgment. [ECF No. 40].

2. The Court granted the Parties' stipulation on July 24, 2024, extending the time for Plaintiff's response from July 29, 2024, to August 5, 2024. [ECF No. 41].

3. Plaintiff's lead counsel, Robert Montes and Jason Kuller, were actively engaged in

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

preparing Plaintiff's opposition and fully intended to be able to meet the upcoming deadline of August 5, 2024. Mr. Kuller has been responsible for the legal arguments and briefing of the opposition while Mr. Montes has been responsible for the supporting declarations, separate statement, evidentiary exhibits, and objections to evidence.

4. Unfortunately, Mr. Kuller's long-term partner suffered a medical emergency last Friday, July 26, 2024, which has required repeated doctor visits and medical care. Mr. Kuller is the primary caregiver for his partner. Currently, Mr. Kuller's partner is scheduled to undergo testing and treatment next week at the Cleveland Clinic in Cleveland, Ohio, accompanied by Mr. Kuller.

5. Due to the recent and ongoing events requiring Mr. Kuller's caregiving responsibilities, as well as the upcoming trip to Cleveland Clinic in Ohio, Mr. Kuller will be unable to devote his full attention to Plaintiff's response this week or next, but anticipates being able to complete the briefing by the following week on Wednesday, August 14, 2024.

6. Plaintiff's counsel thus needs additional time to prepare and finalize Plaintiff's opposition, and Defendants' counsel has graciously agreed to the additional extension.

7. This is the second request for an extension of time for Plaintiff to file her response to Defendants' Motion for Summary Judgment. Plaintiff's counsel may seek another extension, if necessary, as circumstances may warrant, but no further extension is anticipated.

8. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties respectfully request that **this Court extend the time for Plaintiff to file her Opposition to Defendants' Motion from August 5, 2024, to August 14, 2024.**

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

**DATED this 30th day of July, 2024.**

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/*Jeffrey D. Winchester*
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for DEFENDANTS BRIGGS MANAGEMENT LLC and BRIGGS MANAGEMENT, INC.

**DATED this 30th day of July, 2024.**

RAFII & ASSOCIATES, P.C.

*/s/ Jason Kuller*
Jason Kuller, Esq.
Nevada Bar No. 12244
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144

Attorneys for PLAINTIFF JESSICA MARTINEZ-ARRIAGA

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT COURT JUDGE

DATED: 7/31/24

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS