JASON KULLER
Nevada Bar No. 12244
ROBERT MONTES, JR. (*Pro Hac Vice*)
California Bar No. 159137
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
Email: robert@rafiilaw.com
*Attorneys for Plaintiff*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA, an individual,<br><br>Plaintiff,<br>v.<br><br>BRIGGS MANAGEMENT LLC, d/b/a and a/k/a Fat Tuesday; BRIGGS MANAGEMENT, INC., d/b/a and a/k/a Fat Tuesday; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01845-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FOURTH REQUEST)  --- ECF No. 46** |

Plaintiff, JESSICA MARTINEZ-ARRIAGA, by and through her counsel of record, RAFII & ASSOCIATES, P.C., and Defendants BRIGGS MANAGEMENT INC. AND BRIGGS MANAGEMENT LLC, ("Defendants") by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, submit the following Stipulation to Extend Time for Plaintiff's Response to Defendants' Motion for Summary Judgment:

1. The Court granted the Parties' first stipulation on July 24, 2024, extending the time for Plaintiff's response from July 29, 2024, to August 5, 2024.  [ECF No. 41.]

2. On July 31, 2024, the Court granted the Parties' second stipulation on July 30, 2024, extending the time for Plaintiff's response from August 5, 2024, to August 14, 2024.  [ECF No. 43.]

3. On August 13, 2024, the Court granted the Parties' third stipulation on August 12,

1

**FOURTH STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE**

2024, extending the time for Plaintiff's response from August 14, 2024, to August 23, 2024.  [ECF No. 45.]

4. The Parties' second stipulation [ECF No. 42] is incorporated herein by reference.  As explained in the Parties' second stipulation, Plaintiff's lead counsel Jason Kuller is with his long-term partner at the Cleveland Clinic in Ohio while she undergoes testing and treatment for a rare and debilitating medical condition.  Mr. Kuller's partner is currently unable to ambulate without a wheelchair or seated rollator, and relies on Mr. Kuller as her primary caregiver.

5. The Parties' third stipulation [ECF No. 44] is incorporated herein by reference.  Mr. Kuller's partner has been in out of the Cleveland Clinic and emergency room. Mr. Kuller's partner was admitted to the emergency room on Thursday, August 22, 2024, and is presently still there.  Mr. Kuller has been by her side as a result of his caregiving responsibilities, and as such Mr. Kuller does not know when he will return to Las Vegas, but has been working on the Opposition as time permits.  Mr. Kuller has been unable to devote sufficient time to brief Plaintiff's opposition to Defendants' summary judgment motion.   Mr. Kuller anticipates being able to complete Plaintiff's response no later than Tuesday, August 27, 2024.  Plaintiff's counsel will file her opposition earlier, if possible.

6. Plaintiff's counsel thus needs additional time to prepare and finalize Plaintiff's opposition, and Defendants' counsel has graciously agreed to the additional extension.

7. This is the fourth request for an extension of time for Plaintiff to file her response to Defendants' Motion for Summary Judgment.

8. This request is made in good faith and not for the purpose of delay.

WHEREFORE, the Parties respectfully request that this Court **extend the time for Plaintiff to file her Opposition to Defendants' Motion from August 23, 2024, to August 27, 2024.**

///
///
///
///
///
///

2

**FOURTH STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE**

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

**DATED this 23rd day of August, 2024.**               **DATED this 23rd day of August, 2024.**

LEWIS BRISBOIS BISGAARD & SMITH LLP    RAFII & ASSOCIATES, P.C.

/s/    *Jeffrey D. Winchester*                          /s/    *Jason Kuller*
JEFFREY D. WINCHESTER                            Jason Kuller, Esq.
Nevada Bar No. 10279                                  Nevada Bar No. 12244
6385 S. Rainbow Boulevard, Suite 600           3753 Howard Hughes Pkwy, Unit 200
Las Vegas, Nevada 89118                            Las Vegas, Nevada 89169
Tel. 702.893.3383

Attorneys for DEFENDANTS BRIGGS               Attorneys for PLAINTIFF
MANAGEMENT LLC and BRIGGS                    JESSICA MARTINEZ-ARRIAGA
MANAGEMENT, INC.

### ORDER

Based on the parties' stipulation [ECF No. 46] and good cause appearing, IT IS ORDERED that **plaintiff's deadline to file an opposition to the motion for summary judgment [ECF No. 39] is extended to August 27, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 27, 2024 *nunc pro tunc* to August 23, 2024

---

3

**FOURTH STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE**