# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jessica Martinez-Arriaga,

    Plaintiff

v.

Briggs Management LLC, et al.,

    Defendants

Case No.: 2:23-cv-01845-JAD-NJK

**Order Striking Plaintiff's Response to Defendants' Motion for Summary Judgment and Denying Pending Motions as Moot**

[ECF Nos. 48, 49, 50, 51, 52, 53]

In July 2024, Defendants' Briggs Management LLC and Briggs Management Inc. filed a motion for summary judgment in this employment-discrimination case. In late August, Plaintiff Jessica Martinez-Arriaga filed her response in four separate docket entries.[1] Her filing is deficient for several reasons. First, she separated her evidentiary objections and statement of disputed and undisputed facts from the body of her response and into separate filings.[2] Local Rule 56-1 requires that those elements be incorporated into the response itself and count toward the 30-page limit set by Local Rule 7-3(a). Second, Martinez-Arriaga filed her exhibits as a single, separate docket entry without an exhibit index or properly labeled exhibit cover sheets.[3] Local Rules IC 22-2 and IA 10-3 require a party filing exhibits to provide an index of exhibits, each exhibit must include a cover sheet describing the exhibit's contents, and each exhibit must be attached a separate document linked to the base document.

---

[1] ECF Nos. 48, 49, 40, 51.

[2] ECF Nos. 50, 51.

[3] ECF No. 49.

Because Martinez-Arriaga's response, when including the statement of facts and evidentiary objections, exceeds the page limit for responses to a summary-judgment motion and her exhibits are improperly filed, I strike the response and all related filings in their entirety and order counsel to refile a single response that complies with the page limit and local rules governing exhibits. I also deny as moot Martinez-Arriaga's motion to retroactively extend the deadline to file her response[4] and the parties' stipulation for an extension of time to file Briggs Management's reply[5] because this order effectively resets those deadlines.

### Conclusion

IT IS THEREFORE ORDERED that the **Clerk of Court is directed to STRIKE ECF Nos. 48, 49, 50, and 51**. **Jessica Martinez-Arriaga has until Monday, September 22, 2024**, to file a proper response to the motion for summary judgment. Briggs Management's reply will be due **Monday, October 7, 2024.**

IT IS FURTHER ORDERED that Martinez-Arriaga's motion to extend time and the parties' stipulation to extend time **[ECF Nos. 52 & 53] are DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
September 11, 2024

---

[4] ECF No. 52.
[5] ECF No. 53.