**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
Jeffrey.Winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for BRIGGS MANAGEMENT LLC
and BRIGGS MANAGEMENT, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| JESSICA MARTINEZ-ARRIAGA, | Case No.: 2:23-cv-01845-JAD-DJA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| BRIGGS MANAGEMENT LLC d/b/a and a/k/a Fat Tuesday; and BRIGGS MANAGEMENT, INC, d/b/a and a/k/a Fat Tuesday., *et. al.* | |
| Defendants. | [ECF No. 56] |

IT IS STIPULATED between Plaintiff JESSICA MARTINEZ-ARRIAGA and Defendants BRIGGS MANAGEMENT LLC d/b/a and a/k/a Fat Tuesday; and BRIGGS MANAGEMENT, INC, d/b/a and a/k/a Fat Tuesday., et. al., by and through their respective counsel, and pursuant to LR 7-1, that the time for Defendants to Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, shall be extended from October 7, 2024 to and including October 21, 2024. The extension is necessitated by the upcoming Jewish Holidays and the press of other business, and is not for the purpose of undue delay.

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendants.

146294549.1

1 | DATED this 2nd day of October, 2024

2 | RAFII & ASSOCIATES, P.C.

4

5 | /s/ Jason Kuller
Jason Kuller
Nevada Bar No. 12244
6 | RAFII & ASSOCIATES, P.C.
7 | 1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144   Telephone:
8 | 725.245.6056 Facsimile: 725.220.1802
9 | Email: jason@rafiilaw.com
*Attorneys for Plaintiffs*

DATED this 2nd day of October, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jeffrey D. Winchester
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED that the defendants' reply in support of its motion for summary judgment is extended to October 21, 2024.

_____
U.S. DISTRICT JUDGE

Dated: October 2, 2024