# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSICA MARTINEZ-ARRIAGA,

    Plaintiff,

v.

BRIGGS MANAGEMENT LLC, *et al.*,

    Defendants.

Case No. 2:23-cv-01845-JAD-NJK

**Order**

[Docket No. 63]

Pending before the Court is the parties' stipulation to continue the settlement conference set for May 8, 2025, Docket No. 63, which is **GRANTED**. The settlement conference is hereby **CONTINUED** to 10:00 a.m. on May 20, 2025. Settlement statements must be submitted by 3:00 p.m. on May 13, 2025. All other requirements set forth in the Court's order at Docket No. 62 continue to apply.

IT IS SO ORDERED.

Dated: March 21, 2025

                                                                Nancy J. Koppe
United States Magistrate Judge