# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA,<br>    Plaintiff,<br>v.<br>BRIGGS MANAGEMENT LLC,<br>    Defendant. | Case No.: 2:23-cv-01845-JAD-NJK<br>**Order**<br>[Docket No. 67] |

Pending before the Court is the parties' stipulation to extend the time for the parties to submit their joint pretrial order, Docket No. 67, which is **GRANTED**.

Accordingly, the parties' deadline to file their joint pretrial order is extended to June 6, 2025.

IT IS SO ORDERED.

Dated: May 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1