**LEWIS BRISBOIS BISGAARD & SMITH LLP**
S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Briggs Management LLC
and Briggs Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ-ARRIAGA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRIGGS MANAGEMENT LLC d/b/a<br>and a/k/a Fat Tuesday and BRIGGS<br>MANAGEMENT, INC., d/b/a and a/ka<br>Fat Tuesday, et al,<br><br>          Defendants. | Case No. 2:23-cv-01845-JAD-NJK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 105 |

THIS MATTER, having come before the Court upon the Parties Joint Stipulation for Dismissal with Prejudice and the Court, having reviewed the Stipulation, being advised of the agreement between the Parties and being otherwise duly advised in the premises, is hereby:

//

//

//

//

//

//

171008704.1

Case No. 2:23-cv-01845-JAD-NJK

PROPOSED ORDER OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**ORDERED AND ADJUDGED** that this matter is hereby **DISMISSED** with prejudice, with each party to bear their own attorneys' fees and costs in connection with the instant litigation; and All pending motions, if any, related to Defendants, shall be denied as moot.  The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
February 10, 2026

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW